STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>          Plaintiff,<br><br>v.<br><br>Bullfrog International<br>d.b.a. Bullfrog Spas,<br><br>          Defendant. | Case No.: 2:17-cv-00790-DAK-DBP<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Judge Dale A. Kimball<br>Referred to: Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that, Plaintiff, Samuel Burningham, and Defendant, Bullfrog International, (collectively the "Parties"), hereby gives notice that the Parties' have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days.

In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action to while the Parties finalize the settlement documents.

**RESPECTFULLY SUBMITTED** on this 28th day of August, 2017.

/s/ Michael P. Studebaker
Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed a copy of the same to:

Richard M. Hymas
DURHAM JONES & PINEGAR
111 S MAIN ST STE 2400
PO BOX 4050
SALT LAKE CITY, UT 84110-4050
(801)415-3000
Email: rhymas@djplaw.com
*Attorneys for Defendant*


*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*