STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| Samuel Burningham,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bullfrog International<br>d.b.a. Bullfrog Spas,<br><br>　　　　Defendant, | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Civil No.: 2:17-cv-00790-DAK-DBP<br><br>Assigned to: Judge Dale A. Kimball<br>Referred to Magistrate Judge Dustin B. Pead |

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this action with prejudice.

　　/ / /

RESPECTFULLY SUBMITTED this September 1, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed a copy of the same to:

Richard M. Hymas
Durham Jones & Pinegar
111 S Main St., Ste 240
Salt Lake City, UT 84110
rhymas@djplaw.com
*Attorney for Defendant*